UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRANSAMMONIA, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2804** |
| **FIREMAN'S FUND INSURANCE, ET. AL.** | **SECTION "K" (5)** |

### ORDER

Before the Court is the Motion for Summary Judgment of defendants Louisiana Towing, Inc. and South Louisiana Cement, Inc. (See Rec.Doc.No. 58). After reviewing the pleadings, memoranda, and relevant law, the Court finds that the motion for summary judgment as to both defendants is denied. The Court will assign written reasons in the near future.

The Court, in particular, notes that plaintiffs have not clearly distinguished the liability of SLC from Louisiana Towing, Inc. Rather, these separate entities have been treated in the plaintiffs' briefing as one. Consequently, the Court will treat these entities as one for the purposes of this motion, and until the liabilities of the separate defendants are clarified.

The Court finally notes that both defendants are represented by the same counsel.

Accordingly,

**IT IS ORDERED** that the defendants' motion for summary judgment is hereby **DENIED.**

New Orleans, Louisiana, on this 31st day of August, 2006.

                                                                _____
                                                                **STANWOOD R. DUVAL, JR.**
                                                                **UNITED STATES DISTRICT COURT JUDGE**